United States Courts
Southern District of Texas
F I L E D

JAN 11 2019

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CURTIS WIGGINS | § | |
| | § | |
| | § | |
| VS. | § | Civil Action No. 4:18-cv-00573 |
| | § | JURY DEMAND |
| GOLDEN CORRAL CORPORATION | § | |

## NOTICE OF FILING RULE 11 AGREEMENT

Please take note that Plaintiff Curtis Wiggins in the above-entitled and numbered cause, and files this Rule 11 Agreement Letter attached as Exhibit "A" pursuant to the Federal Rules of Civil Procedure.

Respectfully Submitted,

By: */s/ Curtis Wiggins*
Pro Se
11850 Bissonnet, No. G371
Houston, Texas 77099
281-908-8142

1

August 28, 2018

Curtis Wiggins
11850 Bissonnet #G371
Houston, Texas 77099
Pro Se

Elizabeth "Lisa" Massey  lmassey@germer.com
Federal Bar No. 613924
Texas Bar No. 24031872
2929 Allen Parkway, Suite 2900

Re: Civil Action No. 4:18-cv-00573; Curtis Wiggins v. Golden Corral Corporation; In United States District Court for the Southern District of Texas. Houston Division: GG#94519.

## RULE 11 AGREEMENT

Dear Ms. Massey:

Please sign below to indicate your agreement that the deadline for Plaintiff, Curtis Wiggins to file Amendment to Pleading, due August 27, 2018, be extended to August 28, 2018. — *agreed*

The joining of New Parties to be enter at another time if deemed necessary. — *will agree to 2 week ext. to joinder deadline making new deadline 9/10/18.*

I would greatly appreciate the courtesy of this extension.

If you are in agreement, please sign where indicated and return to me for filing with the court. Thank you for this professional courtesy

Sincerely,

By: _____
Curtis Wiggins, Pro Se

AGREED:

By: _____
Elizabeth "Lisa" Massey
Federal Bar No. 613924
Texas Bar No. 24031872
2929 Allen Parkway, Suite 2900